liam A. Boyd and others, Appellants. — Judgment affirmed, with costs. Opinion by Barnard, P. J.

Clarence B. Cunger, Appellant, v. Samuel D. Kinney, Respondent. — Judgment affirmed, with costs. Opinion by Dykman, J.

William G. Slater and others, Appellants, v. Hannah McGuire, Respondent. — Judgment and order denying new trial reversed and new trial granted, costs to abide event. Opinion by Pratt, J.; Barnard, P. J., not sitting.

Mary Hoskins, Administratrix, v. James Stewart and others. — Judgment affirmed, with costs. Opinion by Barnard. P. J., on former appeal; Dykman, J., not sitting.

Frank McNally and others, Plaintiffs, v. Phœnix Insurance Company of Brooklyn, Defendant. — Exceptions overruled and judgment for defendant, with costs. Opinion by Barnard. P. J.

Joseph Kellow, Respondent, v. The Long Island Railroad Company, Appellant. — Judgment affirmed, with costs. Opinions by Dykman and Pratt, JJ.; Barnard, P. J., not sitting.

The Excelsior Brick Company, Respondent, v. The Village of Haverstraw, Appellant. — Judgment reversed and new trial granted. Costs to abide event. Opinion by Barnard, P. J.

The Thurber-Whyland Company, Respondent, v. Frank Klittner, Appellant. — Order affirmed, with ten dollars costs and disbursements. Opinion by Pratt, J.

Lewis R. Stegman, Respondent, v. Henry S. Hollingsworth, Appellant, Impleaded. — Order affirmed, with costs and disbursements. Opinion by Barnard, P. J.

William V. Molloy and another v. Board of Health of Mamaroneck. — Motion denied. Dykman, J., not sitting.

The People of the State of New York ex rel. John J. Curtin, Appellant, v. The Board of Education of the City of Brooklyn, Respondent. — Judgment affirmed, with costs. Opinion by Dykman, J.

Eliza J. White. Administratrix, Appellant, v. The New York Central and Hudson River Railroad Company, Respondent. — Exceptions sustained and a new trial granted, costs to abide event. Opinion by Barnard, P. J.

Michael T Daly, Respondent, v. Theodore Hellman, Appellant. — Order affirmed, with ten dollars costs and disbursements. Opinion by Dykman, J.

Ann E. Wilcox, Appellant, v. Charles J. Quinby, Respondent. — Judgment reversed and new trial granted, costs to abide event. Opinion by Barnard, P. J.; Dykman, J., not sitting.

Francis Dent, Appellant, v. The Society of the Friars Minor, etc., Respondent. — Order affirmed, with costs and disbursements. Opinion by Dykman, J.

Edgar Eighme v. Jacob Townsend. — Motion for leave to appeal to Court of Appeals granted.

Edward Haynes, Appellant, v. Edward Hatch, Respondent. — Order affirmed, without costs. Opinion by Pratt, J.

John J. Campbell, Respondent, v. William Ernest, Appellant. — Order reversed, with ten dollars costs and disbursements. Opinion by Dykman, J.; Barnard, P. J., not sitting.

James L Reynolds, Respondent, v. Henry S. Craus, Appellant. — Order reversed, with costs to abide event. Opinion by Pratt, J ; Barnard, P. J., not sitting.

The People of the State of New York ex rel. The Trustees of the Village of Jamaica, Plaintiffs, v. The Board of Supervisors of Queens County, Defendants. — Judgment and action of supervisors in respect to improvement of roads in Jamaica affirmed, with costs. Opinion by Barnard, P. J.

Frederick H. Schild v. Central Park, North and East River Railroad Company. — Judgment and order denying new trial affirmed, with costs. Opinion by Barnard, P. J

Gustav A. Kirchner, Respondent and Appellant, v. The New Home Sewing Machine Company, Appellant and Respondent. — Judgment and order denying new trial affirmed, with costs. Order refusing treble damages affirmed, with ten dollars costs and disbursements. Opinions by Dykman and Pratt, JJ.

Edward Leach, Appellant, v. Brooklyn, Bushwick and Queens County Railroad Company, Respondent. — Judgment and order denying new trial affirmed, with costs. Opinion by Dykman. J.

George Krey. Administrator, Appellant, v. Charles Schlussner, Respondent. — Judgment reversed and new trial granted, costs to abide event. Opinion by Pratt, J.

Anna B. Anderson, Respondent, v. The Supreme Council of the Order of Chosen Friends, Appellant. — Judgment and order denying new trial affirmed, with costs. Opinion by Dykman, J.

James Cargain, Jr., Respondent, v. William W. Everett, Appellant. — Judgment affirmed, with costs. Opinion by Pratt, J.

Lawrence B. Valk, Respondent, v. Ferdinand McKiege, Appellant. — Judgment affirmed, with costs. Opinion by Barnard, P. J.

Jennie Emmerson, Respondent, v. Frank H. Emmerson, Appellant. — Judgment and order affirmed, with costs. Opinion by Dykman, J.; Pratt, J., not sitting.

Emanuel Simons, Appellant, v. George W. Evans, Respondent. — Judgment and order denying new trial reversed and new trial granted, costs to abide event. Opinion by Barnard, P J.

Philomena Giraldo, an Infant, Respondent, v. The Coney Island and Brooklyn Railroad Company, Appellant. — Judgment and order denying new trial affirmed, with costs. Opinion by Pratt, J.

George W. Martin and another, Respondents, v. James C. Matthews and another, Appellants. — Judgment and order denying new trial affirmed, with costs. Opinion by Barnard, P. J.

Board of Health, New Rochelle, v. Eugenia Valentine. Motion denied.

John M Bridge v. The Orange County Railroad Company. Motion denied. Barnard, P. J., not sitting.

Sarah Coyne, Respondent, v. The Manhattan Railway Company, Appellant. — Judgment and order denying new trial affirmed, with costs. Opinion by Pratt, J.; Dykman, J., not sitting.

Henry W. Thomas, Administrator, etc., Respondent, v. Gerd H. Henjes, Appellant. — Judgment and order denying new trial affirmed, with costs. Opinion by Barnard, P. J.

Mary L. Young, Respondent, v. Joseph A. Kingsbury, Appellant. — Judgment and order denying new trial affirmed, with costs. Opinion by Pratt, J.

Russell Brusie, Respondent. v. Peck Brothers & Co., Appellant. — Judgment and order denying new trial affirmed, with costs. Opinion by Dykman. J.; Pratt, J., not sitting.

Amanda Paddock and another. Appellants, v. Hannah Spiedel and another, Respondents — Judgment sustaining demurrer to complaint affirmed, with costs. Opinion by Dykman, J.; Barnard, P. J., not sitting.

Burton E. Kipp, Respondent, v. Charles B. Scott and another, Appellants. — Judgment and order denying new trial affirmed, with costs. Opinion by Barnard, P. J.

The People of the State of New York ex rel. The Trustees of St Patrick's Cathedral, Respondents, v. James Davren and others, Assessors, Appellants. — Order affirmed, with costs. Opinion by Barnard, P. J.

Caroline L. G. Scott, Respondent, v. Haverstraw Clay and Brick Company, Appellant. — Judgment affirmed, with costs. Opinion by Dykman, J.

Adelia F. Gedney, Appellant, v. Orrin D. Kings-